**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

WARREN HANSON, individually; and

SWS ENGRAVING, L.L.C., by and through
Warren Hanson, a Member of SWS
Engraving, L.L.C.                                                                                     **PLAINTIFFS**

vs.                                                  Case No. _____

STEVEN K. RANDALL; and

JENNIFER RANDALL                                                                                  **DEFENDANTS**

**NOTICE OF REMOVAL**

In accordance with 28 U.S.C. §§ 1331, 1338, 1367, 1446, 1454, Plaintiffs Warren Hanson and SWS Engraving, L.L.C. hereby give notice of the removal of this action from the Circuit Court of Hempstead County, Arkansas to the United States District Court for the Western District of Arkansas, Texarkana Division. Removal jurisdiction is based on the following:

1. This lawsuit is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2. This case, styled *Warren Hanson and SWS Engraving, LLC vs. Steven K. Randall and Jennifer Randall*, was filed on December 20, 2017 in the Circuit Court of Hempstead County, Arkansas as civil action number 29CV-17-264-2 on the docket of that Court.

3. Plaintiff Warren Hanson is an individual resident of Hempstead County, Arkansas whose address is 1605 E. 28th St. Hope, Arkansas 71801.

4. Plaintiff SWS Engraving, LLC is an Arkansas Limited Liability Company whose registered agent is Defendant Steven Randall whose address is 107 S. Walnut St., Hope, AR 71801.

5. Defendants Steven Randall and Jennifer Randall are individuals and are residents of Hempstead County, Arkansas whose address is 1013 W. 15th St. Hope, Arkansas 71801.

6. Jurisdiction in the United States District Court for the Western District of Arkansas, Texarkana Division over all claims brought from the Circuit Court of Hempstead County, Arkansas is based on 28 U.S.C. §§ 1331, 1338(a), and 1367(a). This case is removed pursuant to 28 U.S.C. § 1454(a) (removal of copyright cases by any party).

7. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1331 and 1338 because this case is a civil action arising under the Acts of Congress governing copyright protection. Specifically, the claims in this action require construction of the copyright laws, thus invoking federal question jurisdiction. *See Briarpatch Ltd., L.P. v. Phoenix Pictures, Inc.*, 373 F.3d 296, 303-304 (2nd Cir. 2004) (Citing *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 808-809, 108 S. Ct. 2166, 100 L.Ed.2d 811 (1988) (interpreting § 1338(a) in the patent context)).

8. This Court has jurisdiction over the remaining claims in the case pursuant to 28 U.S.C. § 1367(a) "Supplemental Jurisdiction." Specifically, the intellectual property at issue in this case is likely to be the most valuable asset of SWS

Engraving, LLC and, as such, this Court should retain supplemental jurisdiction over the LLC dissolution claims and the other claims in this case.

9. This case became removable under 28 U.S.C. § 1446(b)(3), by Defendant Steven Randall's filing of a "Motion for Temporary Restraining Order" filed February 13, 2018 and served upon the Plaintiffs that same day.

10. The "Motion for Temporary Restraining Order" alerted the Plaintiffs to the copyright issues in this case, thus granting the Plaintiffs the ability to remove the state court case pursuant to 28 U.S.C. §§ 1446(b)(3) and 1454(a).

11. The United States District Court for the Western District of Arkansas, Texarkana Division, embraces the county in which the state court action is now pending. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a), 1446(a), and 1454(a).

12. In accordance with 28 U.S.C. § 1446(d), Plaintiffs will file a file-marked copy of this notice of removal with the Circuit Clerk of Hempstead County, Arkansas.

13. Undersigned counsel states that this removal is well-grounded in fact, warranted by existing law, and not interposed for an improper purpose.

14. The entirety of the record is filed herewith along with a Certificate of Record signed and executed by the Circuit Clerk of Hempstead County, Arkansas.

WHEREFORE, premises considered, the Plaintiffs hereby remove this action from the Circuit Court of Hempstead County, Arkansas to the United States District Court for the Western District of Arkansas, Texarkana Division and seeks resolution by this Court of all issues raised herein.

Dated this __21st__ day of February 2018.

                                      Respectfully Submitted,

                                      WARREN HANSON

                                      SWS ENGRAVING, LLC

                                      PLAINTIFFS

By:    */s/ Wm. Blake Montgomery*
        Montgomery Law Firm, PLLC
        Wm. Blake Montgomery, AR Bar No. 2015043
        Jim A. Burke, AR Bar No. 2017185
        200 S. Elm | BancorpSouth Bldg.
        P.O. Box 785 | Hope, Arkansas 71802
        (870) 777-6700 Phone | (870) 777-6703 Fax
        blake@bmontgomerylaw.com
        jim@bmontgomerylaw.com
        *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon the following people by U.S. mail:

Rowe Stayton
405 E. 3rd Street S.
Prescott AR 71857
*Attorney for Separate Defendant Steven K. Randall*

Winston C. Mathis
P.O. Box 399
Arkadelphia, AR 71923
*Attorney for Separate Defendant Jennifer Randall*

Dated this __21st_ day of February, 2018.

                 _____
                 Wm. Blake Montgomery
                 Jim A. Burke