# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

|  |  |
|---|---|
| Hanson et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:18-cv-04025-SOH |
| Randall et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Separate Defendant, Steven K. Randall.

Date:   02/23/2018

/s/ Calvin Beasley
*Attorney's signature*

Calvin D. Beasley, ARBN 2016182
*Printed name and bar number*

Stayton & Associates, P.C.
405 E 3rd St S
Prescott, AR 71857
*Address*

staytonlawfirm@yahoo.com
*E-mail address*

(870) 887-0550
*Telephone number*

(870) 887-0553
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:  William Blake Montgomery, Lead Attorney for Plaintiff Warren Hanson, *Individually*; William Blake Montgomery, Lead Attorney for Plaintiff SWS Engraving, LLC, *by and through Warren Hanson, a member of SWS Engraving, L.L.C.*; and Winston C. Mathis, Lead Attorney for Defendant Jennifer Randall.

/s/ Calvin Beasley
Calvin Beasley, 2016182
Attorney for Defendant Steven K. Randall
Stayton & Associates, P.C.
405 E 3rd St S
Prescott, AR  71857
Phone:  (870) 887-0550
Facsimile:  (870) 887-0553
staytonlawfirm@yahoo.com